THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS JOHNSON, Appellant.— In our opinion, on the record before us, a new trial is required in the interests of justice. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.